[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14506
Non-Argument Calendar

_____

D.C. Docket No. 8:10-cr-00252-JSM-TBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VICTOR HUGO BRAVO ARMENDARIZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(July 13, 2021)

Before MARTIN, BRANCH and LUCK, Circuit Judges.

PER CURIAM:

Stephen Langs, appointed counsel for Victor Armendariz in this appeal of the revocation of Armendariz's supervised release and sentence imposed upon revocation, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Armendariz's revocation of supervised release and sentence imposed upon revocation are **AFFIRMED**.